UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE SAHAGUN,                                                      08 Civ. 5052

                Plaintiff,                    **DEFENDANT PRAXAIR CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

- against –

INVACARE CORPORATION, IN MOTION CONCEPTS,
LLC., and PRAXAIR TECHNOLOGY, INC.,

                Defendants.
------------------------------------------------------------------X

      Defendant, PRAXAIR HEALTHCARE SERVICES, INC. incorrectly sued herein as "PRAXAIR TECHNOLOGY, INC." by its attorneys HODGES, WALSH & SLATER, LLP as and for a Statement Pursuant to Rule 7.1 of the F.R.C.P. states as follows:

    1.    PRAXAIR HEALTHCARE SERVICES, INC. does not have any parent corporation nor is there any publicly held corporation that owns ten percent (10%) or more of the stock of PRAXAIR HEALTHCARE SERVICES, INC.

Dated: White Plains, New York
       June 27, 2008

                              Yours, etc.

                              _____
                              GEORGE S. HODGES (4573)
                              **HODGES, WALSH & SLATER, LLP**
                              Attorneys for Defendant
                              **PRAXAIR HEALTHCARE SERVICES, INC., INCORRECTLY SUED HEREIN AS "PRAXAIR TECHNOLOGY, INC."**
                              55 Church Street
                              White Plains, NY 10601

Tel: (914) 385-6000
Fax: (914) 385-6008

TO:

**WORBY GRONER EDELMAN LLP**
Attorneys for Plaintiff
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 686-3700

cc:

**LESTER SCHWAB KATZ & DWYER, LLP**
Attorneys for Co-Defendant
Motion Concepts, LP
120 Broadway, 38th Floor
New York, New York 10271
(212) 964-6611

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
Attorneys for Co-Defendant
Invacare Corporation
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                                  SS.:)
COUNTY OF WESTCHESTER  )

LAURA MALFETANO being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On June 30, 2008 I served a true copy of the annexed CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO:

**WORBY GRONER EDELMAN LLP**
Attorneys for Plaintiff
11 Martine Avenue, Penthouse
White Plains, New York 10606
(914) 686-3700

**LESTER SCHWAB KATZ & DWYER, LLP**
Attorneys for Co-Defendant
Motion Concepts, LP
120 Broadway, 38th Floor
New York, New York 10271
(212) 964-6611

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
Attorneys for Co-Defendant
Invacare Corporation

125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

_____
LAURA MALFETANO

Sworn to before me this
30th Day of June, 2008

_____
Notary Public

```
LEICIA GRANT
Notary Public - State of New York
No. 02GR6173546
Qualified in Westchester County
Commission Expires August 27, 2011
```