JESSE SAHAGUN

Plaintiff(s)

Index # 08 CIV 5052 (SCR)

- against -

Purchased July 30, 2008

MOTION CONCEPTS, L.P. S/H/A IN MOTION CONCEPTS, LLC

Defendant(s)

**AFFIDAVIT OF SERVICE**

- against -

ACCESSIBLE VANS AND MOBILITY OF NY, LLC, ETANO

3rd Party Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 11, 2008 at 12:00 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on ACCESSIBLE VANS AND MOBILITY OF NY, LLC therein named,

**SECRETARY OF STATE** a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 13, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 |

**STEVEN C. AVERY**

Invoice #: 467312

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728