AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

**PLAINTIFF**
 JESSE SAHAGUN,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

 MOTION CONCEPTS, L.P. s/h/a IN MOTION
 CONCEPTS, LLC,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:  08 CIV 5052 (SCR)

V. THIRD PARTY DEFENDANT
 ACCESSIBLE VANS AND MOBILITY OF NY, LLC,
 E-Z LOCK, INC. and BAN PRECISION, INC.

To: Name and address of Third Party Defendant

 E-Z Lock, Inc.
 2001 Wooddale Avenue
 Baton Rouge, Louisiana 70806-1516

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard S. Vecchio, Esq.<br>Worby Groner Edelman, LLP<br>11 Martine Avenue, Pnethouse<br>White Plains, NY 10606<br>914 686-3700 | Lawrence R. Green, Esq.<br>Lester Schwab Katz & Dwyer, LLP<br>120 Broadway<br>New York, NY 10271<br>212 964-6611 |

an answer to the third-party complaint which is served on you with this summons, within ___twenty (20)___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUL 30 2008

CLERK                                                                DATE

(By) DEPUTY CLERK



AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/13/2008 |
| NAME OF SERVER Dagmar Whittemore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: James Ellis 451 Florida St #800 Baton Rouge, LA 70801

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/2008
                  Date                          Signature of Server

10355 Cederlane Ave Baton Rouge LA 70816
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.