035-7102/1070275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JESSE SAHAGUN,

                                         Plaintiff,

       – against –

INVACARE CORPORATION, *et al.*,

                                   Defendants.

08 CIV 5052 (SCR)
ECF Case

DECLARATION IN SUPPORT OF
ISSUANCE OF A CERTIFICATE OF
DEFAULT AGAINST ACCESSIBLE
VANS AND MOBILITY OF NY,
LLC

-----------------------------------------------------------------X

And a third-party action.

-----------------------------------------------------------------X

Dennis M. Rothman declares:

      1. I am a member of Lester Schwab Katz & Dwyer, LLP, attorneys for defendant and third-party plaintiff Motion Concepts L.P. ("Motion Concepts"). I make this declaration in support of entry of a certificate of default pursuant to Local Civil Rule 55.1 against third-party defendant Accessible Vans and Mobility of NY, LLC ("Accessible Vans") upon its default in responding to the third-party complaint.

      2. According to the records of the New York Secretary of State, Accessible Vans is a New York limited liability company, and is not an infant, in the military of an incompetent person.

      3. Accessible Vans has not appeared in the action, and no one has contacted my firm on behalf of Accessible Vans.

4. Accessible Vans was served properly with the third-party summons and complaint on August 11, 2008 by service upon the New York Secretary of State, as shown by the affidavit of service filed August 19 as docket item 10.

5. The time of Accessible Vans to appear has expired.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on September 3, 2008.

/S/
_____
Dennis M. Rothman

2

035-7102/1054640
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE SAHAGUN,

                                                                            08 CIV 5052 (SCR)

                                  Plaintiff,

        – against –

INVACARE CORPORATION, IN MOTION          CLERK'S CERTIFICATE
CONCEPTS, LLC., and PRAXAIR
TECHNOLOGY, INC.,

                                Defendants.
------------------------------------------------------------------X
MOTION CONCEPTS, L.P. s/h/a IN MOTION
CONCEPTS, LLC,

                            Third-Party Plaintiff,

        – against –

ACCESSIBLE VANS AND MOBILITY OF NY,
LLC, E-Z LOCK, INC. and BAN PRECISION
INC.,

                           Third-Party Defendants.
------------------------------------------------------------------X

       I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this third-party action commenced on July 30, 2008 with the filing of a third-party summons and complaint, a copy of the third-party summons and complaint was served on third-party defendant Accessible Vans and Mobility of NY, LLC by serving Donna Christie, a clerk in the office of the New York Secretary of State, as agent for service of process, and proof of such service thereof was filed on August 19, 2008.

I further certify that the docket entries indicate that the third-party defendant has not filed an answer or otherwise moved with respect to the third-party complaint herein. The default of the third-party defendant is hereby noted.

Dated:         , New York
      September   , 2008

                                                    J. MICHAEL MCMAHON
                                                        Clerk of the Court

                                        By:   _____
                                                           Deputy Clerk